**Leroy GOODWINE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7096.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Ernest HARRISON, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7097.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**David M. KOBEL, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7343.

United States Court of Appeals, Federal Circuit.

Oct. 21, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.